UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PHILLIPS, et al.,<br><br>　　　　Defendants. | 1:11-cv-00456-GSA-PC<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT<br>(ECF No. 51.) |

　　　Michael B. Williams ("Plaintiff"), a civil detainee proceeding pro se, filed this case on March 1, 2011 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　This case was dismissed on March 29, 2012, for failure to state a claim, on Defendants' motion to dismiss. (ECF No. 31.) Plaintiff then filed two motions for reconsideration, which were both denied. (ECF Nos. 33, 34, 38. 43.) Plaintiff also appealed the dismissal to the Ninth Circuit court of Appeals, but the appeal was unsuccessful. On August 2, 2013, the Ninth Circuit affirmed the district court's dismissal of the case. (ECF No. 48.)

　　　Now, on October 17, 2016, Plaintiff filed a motion for relief from the judgment. The Court finds no good cause to vacate the judgment and reopen the case at this juncture. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated:　**October 26, 2016**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE